**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:    Jack L. Kolpen, Esq.
       Ian D. Meklinsky, Esq.
       Corinne L. McCann, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jkolpen@foxrothschild.com
*Attorneys for Plaintiff PDX North America, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PDX NORTH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD J. WIRTHS, in his official capacity as THE COMMISSIONER OF THE DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT OF THE STATE OF NEW JERSEY,<br><br>    Defendant. | Civil Action No. 3:15-cv-07011-PGS-TJB<br><br>**NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

    Please enter the appearance of Ian D. Meklinsky, Esq. on behalf of Plaintiff PDX North, Inc. in the above-captioned action.

                              Respectfully submitted,

                              **FOX ROTHSCHILD LLP**

                              /s/ Corinne L. McCann
                              Jack L. Kolpen, Esq.
                              Ian D. Meklinsky, Esq.
                              Corinne L. McCann, Esq.
Dated: September 25, 2015        *Attorneys for Plaintiff PDX North, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Appearance has been served through the Court's electronic filing system.

/s/ Corinne L. McCann
CORINNE L. McCANN

Dated: September 25, 2015