UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------ x

PDX NORTH, INC.,

Case No. 15-cv-7011 (BRM)(TJB)

Plaintiff,

- against -

NOTICE OF APPEARANCE

HAROLD J. WIRTHS, in his official capacity
as THE COMMISSIONER OF THE
DEPARTMENT OF
LABOR AND WORKFORCE
DEVELOPMENT OF THE STATE OF NEW
JERSEY

Defendant.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

Please enter the appearance of Vafa Sarmasti, Esq. on behalf of proposed intervenor plaintiff SLS Delivery Services, Inc.

Respectfully submitted,

/s/ Vafa Sarmasti
Vafa Sarmasti, Esq.
vafa@sarmastipllc.com
SARMASTI PLLC
271 U.S. Highway 46 West
Suite A205
Fairfield, New Jersey 07004
Tel: (973) 882-6666
Dated: December 1, 2017                Fax: (973) 882-8830

ATTORNEYS FOR PROPOSED INTERVENOR
SLS DELIVERY SERVICES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Appearance has been served through the Court's electronic filing system.

Dated: December 1, 2017

/s/ Vafa Sarmasti
VAFA SARMASTI, ESQ.