**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:    Jack L. Kolpen, Esq.
        Ian D. Meklinsky, Esq.
        Corinne McCann Trainor, Esq.
        John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jkolpen@foxrothschild.com
*Attorneys for Plaintiff PDX North America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PDX NORTH, INC. and SLS DELIVERY SERVICES, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ROBERT ASARO-ANGELO, in his official capacity as THE COMMISSIONER OF THE DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT OF THE STATE OF NEW JERSEY,<br><br>        Defendant. | Civil Action No. 3:15-cv-07011-PGS-TJB<br><br>] **SCHEDULING ORDER** |

This Amended Scheduling Order having been presented to the Court by Plaintiff PDX North, Inc., by and through its undersigned counsel, on behalf of itself, Plaintiff SLS Delivery Services, Inc. ("SLS"), and Defendant Robert Asaro-Angelo, in his official Capacity as the Commissioner of the Department of Labor and Workforce Development of the State of New Jersey ("Defendant") (collectively the "Parties"), in accord with the Court's Order entered July 27, 2018 [ECF No. 50]; and for good cause appearing for the entry of this proposed schedule:

1

IT IS on this 24 day of August 2018, hereby **ORDERED**:

1. **Defendant's Response to SLS's Complaint:** Defendant, having waived service of process for SLS's Complaint [ECF No. 53], shall file an answer or otherwise respond to SLS's complaint on or before October 8, 2018.

2. **SLS's Initial Disclosures:** SLS shall serve initial disclosures on or before October 22, 2018.

3. **Notice of PDX Fact Witnesses:** Defendant shall notice all fact witnesses that it intends to depose with respect to the claims of PDX North, Inc. ("PDX") and any related defenses on or before October 30, 2018.

4. **Written Discovery Requests:** SLS and Defendant shall exchange written discovery requests on or before November 12, 2018.

5. **Document Production:** Parties shall complete document production on or before January 29, 2019.

6. **Depositions of Fact Witnesses:** Parties shall complete deposition of fact witnesses on or before April 29, 2019.

7. **Requests for Admission:** Parties shall serve Requests for Admission on or before May 15, 2019.

8. **Responses to Requests for Admission:** Parties shall serve Responses to Requests for Admission on or before June 14, 2019.

9. **Identification of Experts:** Parties shall identify affirmative expert witnesses on or before June 14, 2019.

10. **Affirmative Expert Reports:** All affirmative expert reports shall be served on or before October 14, 2019.

11. **Responding Expert Reports:** Defendant shall serve all responding expert reports on or before November 13, 2019.

12. **Reply Expert Reports:** Parties shall serve all reply expert reports on or before January 13, 2019.

13. **Expert Depositions:** Parties shall complete depositions of experts on or before May 21, 2020.

14. **Dispositive Motions:** Parties shall file dispositive motions on or before July 13, 2020.

15. **Oral Argument**: Oral argument shall be heard as scheduled and determined pursuant to Loc. Civ. R. 78.1(a).

**SO ORDERED.**

_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

We hereby stipulate and consent to the form and entry of the within Order:

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff PDX North, Inc.*

By: /s/ Jack L. Kolpen
      JACK L. KOLPEN
      CORINNE MCCANN TRAINOR

**SARMASTI PLLC**
*Attorneys for Intervenor Plaintiff SLS Delivery Services, Inc.*

By: *Vafa Sarmasti*
      VAFA SARMASTI

**STATE OF NJ, OFFICE OF THE ATTORNEY GENERAL**
*Attorneys for Robert Asaro-Angelo, in his official capacity as the Commissioner of the Department of Labor and Workforce Development of the State of New Jersey*

By: /s/ Christopher Weber
      CHRISTOPHER WEBER