GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Defendant, Robert Asaro-Angelo,
Commissioner
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112

By:   Chris Weber (Attorney ID: 012122013)
      Deputy Attorney General
      (609) 376-2960
      christopher.weber@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PDX NORTH, INC., | Civil Action No. 3:15-cv-07011-BRM-TJB |
| Plaintiff, | |
| and | CIVIL ACTION |
| SLS DELIVERY SERVICES, INC., | |
| Intervening Plaintiff, | **DOCUMENT ELECTRONICALLY FILED** |
| v. | |
| ROBERT ASARO-ANGELO, in his official capacity as THE COMMISSIONER OF THE DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT OF THE STATE OF NEW JERSEY, | [~~PROPOSED~~] SCHEDULING ORDER |
| Defendant. | |

This Amended Scheduling Order having been presented to the Court by Defendant, Robert Asaro-Angelo, in his official capacity as the Commissioner of the Department of Labor and Workforce Development ("Defendant"), by and through his undersigned counsel, on behalf of himself, plaintiff PDX North, Inc. ("PDX"), and intervening plaintiff SLS Delivery Services, Inc. ("SLS") (collectively the "Parties"); and for good cause appearing for the entry of this proposed schedule:

IT IS on this 26 day of April 2019, hereby **ORDERED**:

1. Discovery in this matter is hereby **STAYED** pending the Court's disposition of both Defendant's motion for judgment on the pleadings (ECF Document 63), as well as PDX's cross-motion for summary judgment (ECF Document 69) (the "Dispositive Motions").

2. If either of the Dispositive Motions are denied in full or in part such that judgment has not been entered in favor or against either plaintiff as to any of plaintiffs' claims, the discovery period shall reopen and commence as follows:

    a. **Document Production**: Parties shall complete document production within sixty (60) days of disposition of the Dispositive Motions.

    b. **Depositions of Fact Witnesses**: Parties shall complete deposition of fact witnesses within ninety (90) days of the completion of document production.

c. **Requests for Admission**: Parties shall serve requests for admission within twenty-one (21) days of the completion of depositions of fact witnesses.

d. **Responses to Requests for Admission**: Parties shall serve responses to requests for admission within thirty (30) days of service of requests for admission.

e. **Identification of Experts**: Parties shall identify affirmative expert witnesses within thirty (30) days of service of requests for admission.

f. **Affirmative Expert Reports**: All affirmative expert reports shall be served within 120 days of identification of experts.

g. **Responding Expert Reports**: Defendant shall serve all responding expert reports within sixty (60) days of service of affirmative expert reports.

h. **Reply Expert Reports**: Parties shall serve all reply expert reports within sixty (60) days of service of responding expert reports.

i. **Expert Depositions**: Parties shall complete depositions of experts within 120 days of service of reply expert reports.

j. **Dispositive Motions**: Parties shall file dispositive motions within sixty days of completion of expert depositions.

k. **Oral Argument**: Oral argument shall be heard as scheduled and determined pursuant to L. Civ. R. 78.1(a).

SO ORDERED.

_____
HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

We hereby stipulate and consent to the form and entry of the within Order:

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff PDX North, Inc.*

By: /s/Corinne McCann Trainor
    JACK L. KOLPEN
    CORINNE MCCANN TRAINOR

**SARMASTI PLLC**
*Attorneys for Intervenor Plaintiff SLS Delivery Services, Inc.*

By: /s/Vafa Sarmasti
    VAFA SARMASTI

**STATE OF NEW JERSEY**
**OFFICE OF THE ATTORNEY**
**GENERAL**
*Attorneys for Robert Asaro-Angelo, in his official capacity as the Commissioner of the Department of Labor and Workforce Development of the State of New Jersey*

By: /s/Christopher Weber
    CHRISTOPHER WEBER
    EMILY M. BISNAUTH
    DEPUTY ATTORNEYS GENERAL