## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PDX NORTH, INC., | Civil Action No. 3:15-cv-07011-BRM-TJB |
| Plaintiff, | |
| and | CIVIL ACTION |
| SLS DELIVERY SERVICES, INC., | |
| Intervening Plaintiff, | **DOCUMENT ELECTRONICALLY FILED** |
| v. | |
| ROBERT ASARO-ANGELO, in his official capacity as THE COMMISSIONER OF THE DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT OF THE STATE OF NEW JERSEY, | **NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Defendant. | |

**PLEASE TAKE NOTICE** that on February 1, 2021, at 9 o'clock in the forenoon, or as soon thereafter as counsel may be heard, defendant, Robert Asaro-Angelo, in his official capacity as the Commissioner of the Department of Labor and Workforce Development of the State of New Jersey (hereinafter "defendant"), by and through his counsel, Gurbir S. Grewal, Attorney General of the State of the New Jersey, with Emily M. Bisnauth and Christopher Weber, Deputy Attorneys General,

appearing on his behalf, will move before this court pursuant to Fed. R. Civ. P. 12(c),

for an order entering judgment on the pleadings in favor of defendant, and dismissing

the complaint filed by intervening plaintiff SLS Delivery Services, Inc., with

prejudice;

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion,

defendant will reply upon the attached memorandum of law;

**PLEASE TAKE FURTHER NOTICE** that defendant hereby requests oral

argument on this motion on any return date set by the court;

**PLEASE TAKE FURTHER NOTICE** that a proposed order dismissing the

intervening plaintiff's complaint is annexed hereto.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Christopher Weber_____
Christopher Weber
Emily M. Bisnauth
Deputy Attorneys General


Dated: January 8, 2021