

Christopher G. Salloum, Esq.  
E-mail: chris@sarmastipllc.com

Tel: 973-882-6666  
Fax: 973-882-8830

January 13, 2021

**Via ECF**

The Hon. Brian Martinotti, U.S.D.J.  
United States District Court for the District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street – Room 4015  
Newark, New Jersey 07101

      Re:    *PDX North, Inc. v. Robert Asaro-Angelo*  
               Civil Action No. 3:15-cv-07011-BRM-TJB

Dear Judge Martinotti:

      We represent the intervening plaintiff, SLS Delivery Services, Inc., ("**Plaintiff-Intervenor**") in the above-referenced matter.

      We are writing to request that the Court adjourn the return date of the defendant's pending motion for judgment on the pleadings (ECF No. 106) from February 1, 2021 to March 15, 2021. The defendant's counsel, Deputy Attorney General Christopher W. Weber, has kindly consented to this request.

      We thank the Court for its consideration of this adjournment request. Should the Court require any additional information, we will endeavor to provide it.

      Respectfully submitted,

      **SARMASTI PLLC**  
      Attorneys for Plaintiff-Intervenor  
      SLS Delivery Services, Inc.

      By: _____  
           Christopher G. Salloum

"SO ORDERED."

Date: 1/14/2021    Brian R. Martinotti, USDJ

SARMASTI PLLC  
New Jersey Office: Fairfield Commons, 271 U.S. Highway 46 West, Suite A205, Fairfield NJ 07004